USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/12/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS ALMODOVAR,

                         Plaintiff,

                         16-CV-5118 (VEC)

        -against-

                         ORDER

FAMILY GROCERY NO. 2, INC., and LOURIAN
ASSOCIATES L.P.,

                       Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS by letter dated September 8, 2016 (Dkt. 17), the parties reported to the Court that they have reached a settlement of this matter;

      WHEREAS on September 8, 2016, the Court entered an Order directing that this action be dismissed without costs on **October 7, 2016**, unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

      WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

      IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

Date:  October 12, 2016
       New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**